FILED

APR 3 0 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PORFIRIO CARILLO REA, <br><br> Defendant. | CR 19-07-BLG-SPW <br><br><br> ORDER |

Upon the United States' Unopposed Motion to Seal Exhibits 1 and 2 of the United States' Response in Opposition to Motion to Suppress Evidence (Doc. 28), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file exhibits 1 and 2 of the United States' response in opposition to motion to suppress under seal is GRANTED.

The Clerk of Court is directed to file exhibits 1 and 2 under seal.

DATED this 30th day of April, 2019.

SUSAN P. WATTERS
United States District Court

1