# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION



FILED

JUL 2 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PORFIRIO CARILLO REA,<br><br>Defendant. | CR 19-07-BLG-SPW<br><br><br>ORDER |

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 36), the trial currently scheduled for July 8, 2019 is **VACATED.** This case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this *2nd* day of July, 2019.

SUSAN P. WATTERS
United States District Judge

1