IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PORFIRIO CARILLO REA,<br><br>Defendant. | CR 19-07-BLG-SPW<br><br>**ORDER** |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 39.)

Accordingly, IT IS ORDERED that the Detention Hearing currently set for July 12, 2019, at 11:00 a.m. is VACATED.

DATED this 10th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge