

FILED

OCT 2 8 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PORFIRIO CARILLO REA,<br><br>Defendant. | CR 19-07-BLG-SPW<br><br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
|---|---|

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 51) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Trial set for Monday, November 4, 2019 and all related deadlines are **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Porfirio Carillo Rea is released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 28th day of October, 2019.

SUSAN P. WATTERS
United States District Judge